In the Matter of the Estate of MICHAEL H. FITZSIMONS, Deceased. FRANCES FITZSIMONS and Another, Individually and as Executors and Trustees, etc., Appellants; WALTER V. RISING, Individually and as Administrator, etc., and Others, Respondents.— Decree affirmed, with costs to the respondent payable out of the estate. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OCCIDENTAL LODGE, No. 766, FREE AND ACCEPTED MASONS, and Another, Respondents, v. WILLIAM J. BURKE and Others, as Assessors of the City of Buffalo, New York, Appellants.— Order affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MIZPAH LODGE, No. 518, OF THE INDEPENDENT ORDER OF ODD FELLOWS, Respondent, v. WILLIAM J. BURKE and Others, as Assessors of the City of Buffalo, New York, Appellants. — Order affirmed, with costs. All concur.

MARY J. TOWNLEY, as Administratrix, etc., of HARRY TOWNLEY, Deceased, Respondent, v. THE BUFFALO, LOCKPORT AND ROCHESTER RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Kruse, P. J., and Hubbs, J., who dissent upon the grounds: *First*, That the court erred in refusing to charge as requested that if the motorman gave the customary warning by whistle at whistling post and again repeated the warning by whistle at a point midway between the whistling post and the crossing, and that if the arc light on the trolley was lighted, the verdict must be for the defendant. *Second*, that the plaintiff failed to show that the warning given was inadequate, that the undisputed evidence shows that the warning whistle was sounded and that persons near the crossing heard it.

ABEL R. MULDER, Respondent, v. U. S. SLICING MACHINE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Foote and De Angelis, JJ., who dissent.

HOMER STRONG, Respondent, v. SECURITY STORAGE AND WAREHOUSE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur; Foote, J., not sitting.

HENRY F. LADE, Respondent, v. CLARA C. THOMAS, Individually and as Administratrix, etc., of ORION F. THOMAS, etc., Deceased, and Others, Appellants.— Judgment and order affirmed, with costs. All concur.

MARY WASSON, as Executrix, etc., of WILLIAM WASSON, Deceased, Respondent, v. GEORGE C. GILDERSLEEVE, Appellant.— Judgment and order affirmed, with costs. All concur.

ALBERT V. SCHMITT, an Infant, by JOHN SCHMITT, His Guardian ad Litem, Respondent, v. THE CITY OF SYRACUSE, Appellant.— Judgment and order affirmed, with costs. All concur.

CHARLES A. KOEN, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur, except Lambert, J., who dissents.

JOHN B. DARLICH, Appellant, v. JOHN L. SULLIVAN, Respondent.— Judgment affirmed, with costs. All concur.